Attachment:
"Grievance Complications"

I Donald Ray Johnson Jr. 1015965 26 have no choice but to submit this attachment with a few exhibits to show the courts I have done my part in exhausting Administrative Remedies but unfortunately I am not receiving any cooperation from grievance officials like I am supposed to be. I have also submitted letters to Grievance Procedures in Huntsville Texas. Letters to Office of Inspector General also in Huntsville and also to State Counsel for Offenders and no one will cooperate or respond. Other grievances have been stolen concerning a very complicated disciplinary case in relation to this particular assault/battery matter. I seriously need the courts to appoint me an attorney because I need certain evidence subpoenaed. Officials have destroyed enough thus far. I have no supplies and no cooperation to properly pursue relief.