| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|---|---|---|---|---|---|
| Step 2 | ☐ | 2022117609 | Johnson, Donald | 1596526 | CO |



## Texas Department of Criminal Justice

## *NOTICE OF EXTENSION*

## *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

____D. RODEN, UGI III____   ____08/02/22____
Name and Title                Date

**Original – Send to the Offender**
Copy – Attach to the Grievance

Offender Grievance Operations Manual
Appendix M