"Emergency" Amendment    Exhibit B



# Texas Department of Criminal Justice
## STEP 2    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Donald Johnson    TDCJ # 1590526
Unit: M. W. Michael    Housing Assignment: 8L13-24B
Unit where incident occurred: Coffield

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.  **It has never been returned**

**Give reason for appeal (Be Specific).**  I am dissatisfied with the response at Step 1 because...

I never received a response and I seriously feel the whole procedure is an attempt to be manipulated due to meritous issues I've brought forth in my claim. Grievance #2022117609 has never been returned to me. I filed said Grievance on 7-1-2022. Notice of a 40 day extension was sent to me by D. Roden UGI II on 8-2-2022. On 9-9-22 I was put on a special chain to Michael unit where I had no property or writing materials. 40 day extension time expired on 9-12-22. Step 1 grievances content consist of meritous issues where my 8th amendment right has been violated and my 14 amendment right also violated both clearly established and protected under Federal rule title 18 § 241-242 of the United States Constitution. Parties responsible who acted under color of law to commit this evil motivated crime against my person while in a protected class. Juan Garcia - Warden II, John R. Delapp Jr. - Asst. Warden, Michael O. McNeal - [then Major] Jason Turney - Captain, Brandon Brewer - Sgt., Luis Medina - CO4, Logan Elkins - CO4, Heather Henderson - CO4, Lyndia Johnson - CO5. An assault and battery using "Deadly Force" unnecessary non provoked force against me which did cause serious bodily injury and long term damage to both eye organs and also damages to my trachea both due to blunt force trauma. An assault/battery all captured on security camera and use of force video aswell as photographs taken by RN Susan Crawford in unit infirmary. To my understanding from disciplinary hearing evidence I

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

in my behalf has been destroyed by said security staff. Not sure if photographs taken by nurse were preserved. According to Federal Law I am entitled to relief. Justice shall prevail.

**Offender Signature:** _Clarence Johnson_   **Date:** 9-26-22

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                                              Appendix G