Attachment                EXHIBIT C   9-20-22

I DONALD JOHNSON #1596526, hereby bring this notification to your department, informing you that due to lack of cooperation of the Coffield Units Grievance office I must proceed to step 2 procedures without the original copy of step 1 #2022117009. This said grievance was never returned to me. On 8/02/2022 D. Roden, UGI III sent me a notice of 40 day extension for said grievance. 40 days expired 9.12.22. On 9.9.22 I was put on special chain to the Michael unit in the early afternoon hours. While here on Michael unit I have had much trouble receiving materials I need to proceed with Due process of Law. I just last night finally was fortunate to have an officer bring me a step 2 form. Yet it has been 7 days time to allow my mail to catch up to me from just across the street and still no step 1. To be honest I seriously believe that, because of all the manipulation tactics I have unveiled being exercised against me as a means of retaliation, Coffield and Michael Unit could possibly be working together to hinder my progress in this pursuit of relief entitled to me in regards to this meritous issue I have brought forth that occurred on 6.16.22, Location Coffield Unit T wing, cell 415 at approx. 8:20 a.m. An event that has truly left me traumatized for life. My 8th amendment Constitutional right clearly established and protected under title 18 § 241 242 of the United States Constitution.

An assault and battery clearly captured on security camera footage from posted camera in front of cell 415 of said wing and also captured on use of force video. Evidence has been destroyed I'm sure. I hope you get this
respectfully submitted Donald Johnson