**SUBJECT:** *State briefly the problem on which you desire assistance.*

Unfortunately I am having trouble with Coffield Unit failing to fully cooperate in a serious matter concerning grievance #2022117609. Coffield grievance office failed to follow up on 40 day extension and I have yet to receive this response which is needed to continue pursuit with Due Process of Law. If you have response on record I need to purchase a copy. I am indigent and charges must be attached to my account. This is a very important legal matter and I need this copy to attach to my 1983 civil suit packet. I havent had much cooperation with Michael Unit where I feel they may be in cahoots with Coffield to hinder my pursuits.

Name: Donald Johnson    No: 1596526    Unit: Michael
Living Quarters: 8U3-24B    Work Assignment: 1sd med syd 05

**DISPOSITION:** (Inmate will not write in this space)

Coppies of Grievances must go through law library.

M. Lake UGI III (MI)

Also, you must attatch the original Step I to this Step II for processing.

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Grievance Officials
(Name and title of official)

DATE: 9-20-22

ADDRESS: M. W. Michael Unit