IN THE UNITED STATES DISTRICT COURT FOR
~~FOR~~ THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Donald Ray Johnson Jr.
Mark W. Michael Unit
2664 FM 2054, Tenn. Colony, TX 75886

V.

Juan Garcia, Warden II of Corrections
Coffield Unit, 2661 FM 2054
Tennessee Colony, TX 75884

John R. Delapp Jr., Asst. Warden of Corrections
Coffield Unit, 2661 FM 2054, Tenn. Colony, TX 75884

Michael O. McNeil, Warden of Corrections
Current Location Unknown, no longer at Coffield

Brandon Brewer, Sergeant of Corrections
Coffield Unit, 2661 FM 2054, Tennessee Colony, TX 75884

Logan Elkins, Correctional Officers 5
Coffield Unit, 2661 FM 2054, Tennessee Colony, TX 75884

Luis Medina, Correctional Officer #4
Coffield Unit, 2661 FM 2054, Tennessee Colony, TX 75884

SUMMONS

1

TO THE ABOVE-NAMED DEFENDANTS

You are hereby summoned and required to serve upon plaintiffs, whose address is Mark W Michael Unit, 2664 fm 2054, Tennessee Colony, TX 75886 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE_____