# TABLE OF CONTENTS



1. Copy of Complaint for the Courts
   a. Complaint with Attachment 'OTHER OFFICER INVOLVED'
   b. Application to proceed In Forma Pauperis
   c. Attachment 'Grievance Complications'
   d. ~~Exhibits~~ A-D Exhibits
   c. Motion for Appointment of Counsel
   e. Attachment 'Attempts for legal/cousel assistance'
   d. State account history for past (6) six months

2. Clerks copy of claim with attachment 'OTHER OFFICER INVOLVED'
   a. Clerks copy of Application to proceed IN FORMA PAUPERIS

3. Plaintiffs Copy of Complaint

4. Six Copies of Claims and attachments for Defendants
   a. Six Copies of Summons for Defendants