Donald Ray Johnson Jr. #1596526
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Legal Mail
Privileged Mail



U.S. District Court Clerk
Eastern District of Texas
211 W. Ferguson, RM. 106
Tyler, Texas 75702