UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00434

**Donald Ray Johnson, Jr.,**
*Plaintiff,*

v.

**Juan Garcia et al.,**
*Defendants.*

# ORDER

Plaintiff Donald Ray Johnson, Jr., a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed this civil action alleging deprivations of his constitutional rights. The lawsuit was referred to a magistrate judge.

This court dismissed the claims against defendants Garcia and Delapp. The remaining defendants moved for summary judgment, arguing that Johnson's suit was barred by qualified immunity. Plaintiff filed an unsworn letter opposing the motion. The magistrate judge recommended that the motion be granted. Plaintiff filed objections to the report and recommendation.

The court reviews the objected-to portions of a report and recommendation de novo. Plaintiff has shown no error in the magistrate judge's assessment of his unsworn letter opposing summary judgment or its effect on defendants' summary-judgment evidence, the materiality of any factual disputes, or the *Baldwin v. Stalder* factors. *See* 137 F.3d 836 (5th Cir. 1998). Accordingly, the court accepts the magistrate judge's report and recommendation and grants the motion for summary judgment (Doc. 54).

*So ordered by the court on March 31, 2025.*

J. CAMPBELL BARKER
United States District Judge